**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, SCOTT JONES, and NICHOLAS RUSSELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENARD THOMAS,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SCOTT JONES; and NICHOLAS RUSSELL,<br><br>         Defendants.<br>_____ / | CASE NO. 2:18-CV-02048 JAM-DB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:   April 21, 2020<br>TIME:   1:30 p.m.<br>CTRM:  6, 14th Floor<br>JUDGE: Hon. John A. Mendez<br><br>Complaint Filed: 07/26/2018 |

**TO PLAINTIFF AND HIS ATTORNEY OF RECOR**

**NOTICE IS HEREBY GIVEN** that on **April 21 2020**, at **1:30 p.m.,** or as soon thereafter as the matter can be heard in Courtroom 6 of the United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA, 95814, Defendants COUNTY OF SACRAMENTO, SCOTT JONES, and NICHOLAS RUSSELL will, and hereby do, move for summary judgment or, in the alternative, partial summary judgment pursuant to Federal Rule of Civil Procedure 56 on the following grounds:

///

///

1. Plaintiff's First Claim for Relief for excessive force against Deputy Defendant Russell fails as a matter of law because his actions were objectively reasonable under the totality of the circumstances.

2. Deputy Russell is entitled to qualified immunity.

3. Plaintiff's Second Claim for relief for a violation of the Bane Act fails as a matter of law because the undisputed material facts demonstrate that Deputy Russell's actions were objectively reasonable under the circumstances and/or there was no specific intent to violate Plaintiff's rights.

4. Plaintiff's Fourth Claim for Relief for battery fails as a matter of law because Deputy Russell's actions were objectively reasonable under the circumstances.

5. Plaintiff's Fifth Claim for Relief for negligence fails as a matter of law because Deputy Russell's actions were objectively reasonable under the circumstances.

This Motion will be based on this Notice of Motion, the Separate Statement of Undisputed Material Facts, the Memorandum of Points and Authorities, the Declaration of Carl L. Fessenden, the Declaration of Nicholas Russell, the Appendix of Exhibits, the pleadings and records on file in this matter, and on any evidence, including oral and documentary evidence, that may be presented at any later point including the hearing on the motion.

Dated: March 12, 2020

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  */s/ Carl L. Fessenden*
    Carl L. Fessenden
    Barakah M. Amaral
    Attorneys for Defendants
    COUNTY OF SACRAMENTO,
    SCOTT JONES, and NICHOLAS
    RUSSELL