**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, SCOTT JONES, and NICHOLAS RUSSELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KENARD THOMAS,

    Plaintiff,

v.

COUNTY OF SACRAMENTO; SCOTT JONES; and NICHOLAS RUSSELL,

    Defendants.

CASE NO. 2:18-CV-02048 JAM-DB

**STIPULATION AND ORDER TO CONTINUE THE APRIL 21, 2020, HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Complaint Filed: 07/26/2018

## **STIPULATION**

The parties, Plaintiff Kenard Thomas ("Plaintiff") and Defendants County of Sacramento, Scott Jones, and Nicholas Russell (collectively, "Defendants"), stipulate as follows:

The hearing on Defendants' Motion for Summary Judgment, or in the Alterative, Partial Summary Judgment is currently set for a hearing before this Court on April 21, 2020 at 1:30 p.m., in Department 6.

Plaintiff's counsel is unavailable to attend the hearing on April 21, 2020 due to a pre-planned vacation between April 21st and April 27th.

{02173144.DOCX}    2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE APRIL 21, 2020, HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

The parties agree to continue the hearing to a mutually-convenient date of May 5, 2020 at 1:30 p.m., in Department 6.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 16, 2020  LAW OFFICE OF STEWART KATZ

By: */s/ Stewart Katz (approved 3/16/20)*
  STEWART KATZ
  Attorney for Plaintiff

Dated: March 16, 2020

PORTER SCOTT
A PROFESSIONAL CORPORATION

By:  */s/ Carl L. Fessenden*
  CARL L. FESSENDEN
  BARAKAH M. AMARAL
  Attorneys for Defendants

## **ORDER**

The hearing on Defendants' Motion for Summary Judgment, or in the Alterative, Partial Summary Judgment, currently scheduled for a hearing before this Court on April 21, 2020 at 1:30 p.m., is hereby CONTINUED to May 5, 2020 at 1:30 p.m., in Department 6.

**IT IS SO ORDERED.**

Date: 3/16/2020  /s/ John A. Mendez
  The Hon. John A. Mendez
  Judge U.S. District Court

{02173144.DOCX}  2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE APRIL 21, 2020, HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**