**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff
KENARD THOMAS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENARD THOMAS, | Case No. 2:18-CV-02048 JAM-DB |
| Plaintiffs, vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT SCOTT JONES AND STIPULATION TO DISMISS THE SECOND AND THIRD CAUSES OF ACTION** |
| COUNTY OF SACRAMENTO; SCOTT JONES; and NICHOLAS RUSSELL, | |
| Defendants. | |

IT I HEREBY STIPULATED and agreed by and between Plaintiff KENARD THOMAS and Defendants COUNTY OF SACRAMENTO, SCOTT JONES, and NICHOLAS RUSSELL that this action be dismissed in its entirety with prejudice as to **SCOTT JONES only**, pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED between all parties that pursuant to Fed. R. Civ. P. 15(a)(2), the **second** cause of action, actionable under Cal. Civil Code § 52.1(b)/Bane Act, be dismissed with prejudice.

IT IS FURTHER STIPULATED between all parties that pursuant to Fed. R. Civ. P. 15(a)(2), the **third** cause of action for individual liability/ratification, actionable under 42 U.S.C. § 1983, be dismissed with prejudice.

IT IS FURTHER STIPULATED that for each of these matters, each party is to bear their own fees and costs, including attorney's fees.

Dated: April 15, 2020

Respecfully submitted,

/s/ Stewart Katz
STEWART KATZ,
Attorneys for Plaintiffs

/s/ *Carl L. Fessenden*
Carl L. Fessenden
Barakah M. Amaral
Attorneys for Defendants
COUNTY OF SACRAMENTO,
SCOTT JONES, and NICHOLAS RUSSELL

**ORDER**

Defendant SCOTT JONES is hereby dismissed from this action with prejudice, pursuant to Fed. R. Civ. P. 41(a).  The second and third causes of action are also dismissed with prejudice, pursuant to Fed. R. Civ. P. 15(a)(2), with each party to bear their own fees and costs, including all attorneys' fees.

**IT IS SO ORDERED.**

Dated:  4/16/2020                                        /s/ John A. Mendez
                                                                    HONORABLE JOHN A. MENDEZ
                                                                    U.S. DISTRICT COURT JUDGE