**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF SACRAMENTO and NICHOLAS RUSSELL

**LAW OFFICE OF STEWART KATZ**
Stewart Lee Katz, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
TEL: 916.444.5678
Attorney for Plaintiff KENARD THOMAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENARD THOMAS, | CASE NO. 2:18-CV-02048 JAM-DB |
| Plaintiff, | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER DATES [DOC NO. 11] AND ORDER** |
| v. | |
| COUNTY OF SACRAMENTO; SCOTT JONES; and NICHOLAS RUSSELL, | Complaint Filed: 07/26/2018 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KENARD THOMAS by and through his attorney of record, Stewart Katz, and Defendants County of Sacramento and Nicholas Russell, by and through their attorney of record, Porter Scott, that this Court continue the deadlines in the above matter.

Due to a serious and unexpected medical condition, Plaintiff's counsel needs to re-scehdule the dates below, and Defendants agree to the modification.

It is respectfully requested that the dates and deadlines in the current scheduling order as modified in Order dated August 9, 2019, (ECF No. 11) be continued as follows:

{02198425.DOCX}  1
**JOINT STIPULATION – TO MODIFY SCHEDULING ORDER DATES AND [PROPOSED] ORDER**

- That the hearing on Dispositive Motion currently set for May 5, 2020, at 1:30 p.m., per [ECF NO. 14], be continued to **July 14, 2020, at 1:30 p.m.;**
- That the Joint Pretrial Statement currently due on May 29, 2020 be continued to **August 21, 2020;**
- That the Final Pretrial Conference currently scheduled for June 5, 2020 at 11:00 a.m., be continued to **August 28, 2020, at 11 a.m.;** and
- That Trial currently scheduled for August 3, 2020, at 9:00 a.m., be continued to **October 5, 2020.**

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  April 24, 2020      PORTER SCOTT
A PROFESSIONAL CORPORATION

By      /s/Carl L. Fessenden
Carl L. Fessenden
Barakah M. Amaral
Attorneys for Defendants
COUNTY OF SACRAMENTO,
SCOTT JONES, and NICHOLAS RUSSELL

Dated:  April 24, 2020      LAW OFFICE OF STEWART KATZ

By
/s/Stewart Lee Katz (authorized 04/21/2020)
Stewart Lee Katz
Attorney for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, the parties' joint stipulation requesting modification of the Scheduling Order dates is hereby GRANTED.

**IT IS SO ORDERED.**

Date:  April 24, 2020      /s/ John A. Mendez
The Honorable John A. Mendez
United State District Court Judge

{02198425.DOCX}                               2
**JOINT STIPULATION – TO MODIFY SCHEDULING ORDER DATES AND [PROPOSED] ORDER**