## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KENARD THOMAS,**

CASE NO: **2:18−CV−02048−JAM−DB**

v.

**COUNTY OF SACRAMENTO, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/14/2020**

**Keith Holland**
Clerk of Court

ENTERED:  **July 15, 2020**

by: /s/ G. Michel
Deputy Clerk