**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff
KENARD THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENARD THOMAS, | CASE NO. 2:18-CV-02048 JAM-DB |
| Plaintiff, | **Notice of Appeal** |
| vs. | |
| COUNTY OF SACRAMENTO; SCOTT JONES; and NICHOLAS RUSSELL, | |
| Defendants. | |

Notice is hereby given that Kenard Thomas, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit after judgment was entered against plaintiff on July 14, 2020, upon the court granting summary judgment against plaintiff on his sole federal claim, a Fourth Amendment 42 U.S.C. 1983 claim for the unreasonable use of force.

Dated: July 20, 2020

/s/ Stewart Katz
_____
Stewart Katz
Attorney for plaintiff