PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants COUNTY OF SACRAMENTO and NICHOLAS RUSSELL

Stewart Lee Katz, SBN 127425
LAW OFFICE OF STEWART KATZ
555 University Avenue, Suite 270
Sacramento, CA 95825
Tel: (916) 444-5678
stewartkatzlaw@gmail.com
Attorneys for Plaintiff KENARD THOMAS

Carter C. White
LAW OFFICE OF CARTER C. WHITE
P.O. Box 2202
Davis, CA 95617
ccwhite@ucdavis.edu
jdauteuil@ucdavis.edu
carter.white@gmail.com
Attorneys for Plaintiff KENARD THOMAS

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KENARD THOMAS,

Plaintiff,

v.

COUNTY OF SACRAMENTO; SCOTT JONES; and NICHOLAS RUSSELL,

Defendants.
_______________________________________/

CASE NO. 2:18-CV-02048 JAM-DB

**STIPULATION TO AMEND COMPLAINT TO REASSERT STATE LAW CLAIMS; ORDER**

Complaint Filed: 07/26/2018

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

This stipulation is entered into by and between Plaintiff KENARD THOMAS ("Plaintiff") and Defendants COUNTY OF SACRAMENTO and NICHOLAS RUSSELL ("Defendants") (collectively, "the parties") by and through their respective counsel.

The parties hereby stipulate and agree to amend the Complaint (ECF No. 1) to reassert the state law claims for (1) Battery and (2) Negligence now asserted in the pending state court action *Thomas v. County of Sacramento, et al.*, Sacramento Superior Court Case No. 34-2020-00283038. The parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 15(a). This stipulation is based on the following facts.

WHEREAS, there is no trial date currently pending in this matter.

WHEREAS, the Complaint has not been amended previously.

WHEREAS, Plaintiff filed his Complaint on July 26, 2018. (ECF No. 1.) Plaintiff's Complaint asserted five claims for relief for (1) 42 U.S.C. § 1983 – Excessive Force; (2) Violation of the Bane Act (Cal. Civil Code § 52.1); (3) 42 U.S.C. § 1983 – Individual Liability/Ratification; (4) Battery; and (5) Negligence. (Id.)

WHEREAS, Defendants filed a Motion for Summary Judgment on March 12, 2020. (ECF No. 12.) While Defendants' summary judgment motion was pending, the parties stipulated to dismiss, with prejudice, Plaintiff's second and third causes of action for (1) violation of the Bane Act (Cal. Civil Code § 52.1) and (2) individual liability/ratification (42 U.S.C. § 1983). (ECF No. 21.) The Court granted the parties' stipulation and ordered the two causes of action dismissed, with prejudice. (ECF No. 22.) The Court granted Defendants' summary judgment motion as to Plaintiff's excessive force claim on the basis of qualified immunity. (ECF No. 26.) The Court dismissed the remaining state law claims for negligence and battery, without prejudice, and dismissed the action. (Id.)

WHEREAS, on July 20, 2020, Plaintiff filed an appeal in the United States Court of Appeals for the Ninth Circuit, No. 20-16443, on the granting of qualified immunity pertaining to Plaintiff's first claim for relief for 42 U.S.C. § 1983 – Excessive Force.

WHEREAS, on August 6, 2020, Plaintiff filed an action in the Sacramento County Superior Court, *Thomas v. County of Sacramento, et al.*, Sacramento Superior Court Case No. 34-2020-00283038, asserting three causes of action against Defendants for (1) Battery; (2)

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

Negligence; and (3) Violation of the Bane Act (Cal. Civil Code § 52.1).

WHEREAS, on October 27, 2021, the United States Court of Appeals for the Ninth Circuit issued a memorandum reversing the District Court's granting of summary judgment as to Plaintiff's excessive force claim on the basis of qualified immunity. The case was therefore remanded back to the District Court.

WHEREAS, there are two separate actions currently pending that arise out of a shared common nucleus of operative fact. Therefore, for purposes of expediency, efficiency, and the conservation of resources, the parties have met and conferred and stipulate to an abatement of the pending state court action and permit amendment of the federal Complaint to reassert the state law claims for (1) Battery and (2) Negligence, pursuant to U.S.C. 28 U.S.C. § 1367(a).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: January 23, 2023

LAW OFFICE OF CARTER C. WHITE

_/s/*Carter C. White* *(Authorized on 1/23/2023)*__
Carter C. White
Attorney for Plaintiff

Dated: January 26, 2023

PORTER SCOTT
A PROFESSIONAL CORPORATION

_/s/Carl L. Fessenden______
Carl L. Fessenden
Suli A. Mastorakos
Attorneys for Defendants
COUNTY OF SACRAMENTO
and NICHOLAS RUSSELL

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED**:

1. Plaintiff is granted leave to amend his Complaint to reassert the previously dismissed state court claims for (1) Battery and (2) Negligence.

2. Defendants are not required to provide a new Answer.

Dated: January 26, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706