**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, and NICHOLAS RUSSELL

Carter C. White, SBN 164149
LAW OFFICE OF CARTER C. WHITE
P.O. Box 2202
Davis, CA 95617
carter.white@gmail.com

*Attorneys for Plaintiff*

Stewart Lee Katz, SBN 127425
LAW OFFICE OF STEWART KATZ
P.O. Box 19610
Sacramento, CA 95819
Tel: (916) 444-5678
stewartkatzlaw@gmail.com
Attorneys for Plaintiff KENARD THOMAS
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENARD THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SCOTT JONES; and NICHOLAS RUSSELL,<br><br>    Defendants.<br>_____/ | CASE NO. 2:18-CV-02048 JAM-DB<br><br>**JOINT STIPULATION TO SET FINAL PRETRIAL CONFERENCE AND TRIAL DATE; ORDER**<br><br>FAC Filed: 03/07/2023 |

Pursuant to the Court's Order of March 28, 2023, IT IS HEREBY STIPULATED AND

{01874910.DOCX}                                                1
**STIPULATION TO SET FINAL PRETRIAL CONFERENCE AND TRIAL DATE; ORDER**

AGREED by and between Plaintiff KENARD THOMAS and Defendants COUNTY OF SACRAMENTO and NICHOLAS RUSSELL (collectively, the "Parties"), by and through their respective undersigned counsel, that this Court set dates for the Final Pretrial Conference and Trial in this matter, as follows:

**1.** The Final Pretrial Conference is set for **May 26, 2023, at 10:00 a.m**., to be conducted in-person; and

**2.** A Jury Trial is set for **July 17, 2023, at 9:00 a.m**.

**3.** This resolved Plaintiff's motion for trial setting (ECF No. 42), and the April 11, 2023, hearing on the motion is hereby **vacated**.

**IT IS SO STIPULATED.**

Date: March 30, 2023          LAW OFFICE OF STEWART KATZ

_/s/Stewart Lee. Katz (Authorized on 3/30/23)_____
Stewart Lee Katz
Attorney for Plaintiff

Date: March 30, 2023          LAW OFFICE OF CARTER C. WHITE

_/s/Carter C. White (Authorized on 3/30/23)_____
Carter C. White
Attorney for Plaintiff

Dated:  March 31, 2023        PORTER SCOTT
                              A PROFESSIONAL CORPORATION


/s/Carl L. Fessenden
_____
Carl L. Fessenden
Suli A. Mastorakos
Attorneys for Defendants
COUNTY OF SACRAMENTO,
and NICHOLAS RUSSELL

{01874910.DOCX}                    2
**STIPULATION TO SET FINAL PRETRIAL CONFERENCE AND TRIAL DATE; ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 31, 2023                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01874910.DOCX}                    3
**STIPULATION TO SET FINAL PRETRIAL CONFERENCE AND TRIAL DATE; ORDER**