**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF SACRAMENTO, and NICHOLAS RUSSELL
*Exempt from Filing Fees Pursuant to Government Code § 6103*

Carter C. White, SBN 164149
LAW OFFICE OF CARTER C. WHITE
P.O. Box 2202
Davis, CA 95617
carter.white@gmail.com

*Attorneys for Plaintiff*

Stewart Lee Katz, SBN 127425
LAW OFFICE OF STEWART KATZ
P.O. Box 19610
Sacramento, CA 95819
Tel: (916) 444-5678
stewartkatzlaw@gmail.com
Attorneys for Plaintiff KENARD THOMAS
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENARD THOMAS, | CASE NO. 2:18-CV-02048 JAM-DB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | FAC: 03/27/2023 |
| COUNTY OF SACRAMENTO; and NICHOLAS RUSSELL, | |
| Defendants. / | |

1
**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KENARD THOMAS and Defendants COUNTY OF SACRAMENTO, and NICHOLAS RUSSELL, by and through their counsel of record that this action be dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Date: March 30, 2023        LAW OFFICE OF STEWART KATZ

  /s/Stewart Lee. Katz (*Authorized on (7/21/23)*)
Stewart Lee Katz
Attorney for Plaintiff

Date: March 30, 2023        LAW OFFICE OF CARTER C. WHITE

  /s/Carter C. White (*Authorized on (7/24/23)*)
Carter C. White
Attorney for Plaintiff

Dated:  July 24, 2023        PORTER SCOTT
                             A PROFESSIONAL CORPORATION

  /s/Carl L. Fessenden
Carl L. Fessenden
Suli A. Mastorakos
Attorneys for Defendants
COUNTY OF SACRAMENTO,
and NICHOLAS RUSSELL

2
**STIPULATION AND ORDER FOR DISMISSAL**

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: July 24, 2023                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT
                                        JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706